UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: CASE NO:

TARASKA, KRZYSZTOF, 6:09-bk-05911-KSJ
TARASKA, EDYTA, Chapter 13

    Debtor(s).
_____/

## ORDER GRANTING DEBTORS' MOTION TO REINSTATE CASE

THIS CASE came on for consideration upon the Debtors' Motion to Reinstate Case (document no. 22). The Court, being fully informed in the premises, finds that the motion has merit and should be granted and that this case should be reinstated. Accordingly, it is hereby

    ORDERED:

1. That this case is reinstated.

2. That the Order Dismissing Case is hereby vacated.

3. The automatic stay imposed by 11 U.S.C. Section 362 is in full force and effect.

4. The Debtors are directed to attend a rescheduled meeting of creditors on July 23, 2009, at 10:00a.m. at 135 W. Central Blvd., 6th Floor, Suite 610, Orlando, FL, 32801.

    DONE AND ORDER this 8th day of June, 2009, in Orlando, Florida.

_____
Karen S Jenneman
United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties