UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Case No. 6:09−bk−05911−KSJ
Chapter 13

Krzysztof Taraska
41 Prescott Lane
Palm Coast, FL 32164

Edyta Taraska
41 Prescott Lane
Palm Coast, FL 32164

_____Debtors(s)_____/

## NOTICE OF INITIAL CHAPTER 13 CONFIRMATION HEARING

PLEASE TAKE NOTICE that the debtor(s) filed or shortly will file a Chapter 13 Plan. The debtor(s) must serve a copy of this Chapter 13 plan on each affected creditor.

Creditors are advised that the payment amounts and frequency of payments as described in the debtor(s) plan will become effective upon confirmation of the plan unless the affected creditor timely files an objection to confirmation. Such objection must be filed with the Clerk, United States Bankruptcy Court, 135 West Central Boulevard, Suite 950, Orlando, Florida 32801.

NOTICE IS FURTHER GIVEN that a confirmation hearing will be held on August 25, 2009 at 09:15 AM in Courtroom B, 5th Floor, 135 West Central Blvd., Orlando, FL 32801.

At the initial confirmation hearing, the Court will consider confirmation of a consensual Chapter 13 plan. If any contested objections, motions or other matters are filed by any party, or if any other reason exists to temporarily defer confirmation, the Court will set a continued confirmation hearing in the future.

**Accordingly, attendance is optional. Only the Chapter 13 Trustee is required to attend.**

If you do decide to attend the initial confirmation hearing, you are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on June 8, 2009 .

FOR THE COURT
Lee Ann Bennett, Clerk of Court
135 West Central Boulevard Suite 950
Orlando, FL 32801