UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: CASE NO.

TARASKA, KRZYSZTOF,     6:09-bk-05911-KSJ
TARASKA, EDYTA,     Chapter 13

    Debtor(s).
_____

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

    Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest filed an objection within (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 West Central Blvd, Suite 950, Orlando, FL 32801; and serve a copy on Robert Zipperer, Attorney for Debtor, 224 S. Beach St., Suite 202, Daytona Beach, FL 32114; Laurie Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790 and any other appropriate persons.

    If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.
_____

**DEBTORS' MOTION TO VALUE SECURED CLAIM ELEVEN (11)**

    Debtors, Krzysztof and Edyta Taraska, pursuant to 11 U.S.C. Section 506(a) and Rule 3012 Federal Rules of Bankruptcy Procedure move for entry of an Order Valuing Secured Claim Eleven (11) of Creditor, Mericap Credit Corp and in support states:

1. Debtors are indebted to Creditor in the amount of $34,120.32 pursuant to a contract.

2. The contract is secured by a commercial finance agreement, additional collateral security agreement.

3. The fair market value of the collateral is $10,000.00.

4. Debtors; affidavit as to value is attached to this motion as Exhibit "A."

5. For the foregoing reasons, debtor requests that the Court enter an order valuing the secured claim of Creditor in the amount of $10,000.00.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion to Value Secured Claim Eleven (11) along with the Debtor's Affidavit has been furnished to: Michael A. Nardella, Attorney for Mericap Credit Corp, PO Box 231, Orlando, FL 32802 (via certified mail); Office of the U.S. Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; and Laurie Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790, by U.S. Mail, postage pre-paid, this 17th day of August, 2009. **All of said addresses being the usual place where business or profession is conducted.**

    /s/ Robert Zipperer

_____
Robert Zipperer
Attorney for Debtors
224 S. Beach St., Suite 202
Daytona Beach, FL 32114
Phone: 386-226-1151
Florida Bar No. 196525