UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                     Case No. 6:09–bk–05911–KSJ
                                                                     Chapter 13

Krzysztof Taraska
41 Prescott Lane
Palm Coast, FL 32164

Edyta Taraska
41 Prescott Lane
Palm Coast, FL 32164

       Debtor(s)       /

ORDER ESTABLISHING
<u>DEADLINE FOR MAKING PAYMENTS</u>

   The debtor in this case has filed a plan on May 20, 2009 , (Document No. 21 ).

   As directed in paragraph 6(c) of the Order Establishing Duties of Trustee and Debtor, and Confirmation Procedures, Ordering Debtor's Compliance, Allowing Administrative Expenses, and Ordering Adequate Protection Payments entered on May 1, 2009 , (Document No. 4 ), the debtor is hereby directed to make payments to the Chapter 13 standing trustee by cashier's check, money order, or wage deduction order. Debtor is reminded that all creditors must receive payment under the plan unless ordered otherwise.

    The first payment shall be made by June 14, 2009 and sent to Laurie Weatherford, Trustee, at Post Office Box 1103, Memphis, TN 38101–1103. All subsequent payments must be made by the 14th of each month. Upon any default in payment, the Chapter 13 trustee shall file a Motion to Dismiss due to non–payment with the Court and serve it on the debtor. The debtor shall have 21 days to be current on their payments. The Debtor's failure to make any payment by the due date may result in the dismissal of this case without any further hearing or notice other than the Motion to Dismiss.

   DONE AND ORDERED on August 18, 2009 .

                                                                   Karen S. Jennemann
                                                                   United States Bankruptcy Judge