

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## PRO MEMO

Tuesday
August 18, 2009

HONORABLE KAREN S. JENNEMANN    COURTROOM B

CASE NUMBER: 09-05911-6J3    FILING DATE: 04/30/2009 (BAPCPA)    HEARING TIME: 01:45 P.M.

DEBTOR: KRZYSZTOF TARASKA
        EDYTA TARASKA

Debtor Atty: ROBERT H. ZIPPERER
Trustee: LAURIE K WEATHERFORD
Movant: MICHAEL NARDELLA

HEARING:

P/M/R/S - MERICAP CREDIT CORPORATION (DOC#32)

TEE CONSENT FILED:

D'OR CONSENT FILED:

CONTESTED:_____

DISCHARGE:

APPEARANCES:

MICHAEL NARDELLA: ATTY MOVANT

AUSTIN LEO JACKSON: ATTY DEBTORS

NOTE: RESPONSE BY TEE STATES CREDITOR IS NOT PROVIDED FOR IN THE PLAN FILED 8/13/09

RULING:

F.E.H. ON MFRS FILED BY MERICAP CREDIT CORP. AND MOTION TO VALUE SCHEDULED FOR 9/9/09 AT 11:00 AM (CASE MANAGER TO NOTICE)

prorpt2