UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                 Case No.: 6:09-bk-05911-KSJ

TARASKA, KRZYSZTOF,
TARASKA, EDYTA

Debtors
_____/

**OBJECTION BY FLAGLER COUNTY TAX COLLECTOR
TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Suzanne Johnston, Tax Collector for Flagler County, Florida ("Tax Collector), a secured creditor, objects to confirmation of the Debtors' Chapter 13 Plan (the "Plan"), and in support of the objection states:

1. On May 8, 2009, the Tax Collector filed a secured proof of claim No. 3, in the amount of $528.38 representing 2008 unpaid real estate taxes at 18% per annum interest for Parcel # 0711317011001000300.

2. On June 26, 2009, the Tax Collector filed a secured proof of claim No. 8, in the amount of $476.96 representing 2008 real estate taxes at 18% per annum interest for Parcel # 0711317058002200220.

3. The subject taxes reflected on the proof of claim relate to the Debtors' ownership of certain real property located in Flagler County, Florida.

4. The Debtors' Chapter 13 Plan does not provide for the 2008 ad valorem taxes in the amount of $1005.34 at 18% interest.

5. Pursuant to §197.122, Florida Statutes, the Tax Collector holds a first priority lien, superior to all other liens, on the property against which the taxes are assessed.

7. Pursuant § 197.172, Florida Statues, real property taxes and personal property taxes shall bear interest at the rate of 18 percent per year.

8. The Debtor's Chapter 13 Plan fails to provide for real property taxes and the payment of interest on the secured claim of the Tax Collector as require by 11 U.S.C. § 511 and 1325(a)(5)(B)(ii).

WHEREFORE, the Tax Collector requests (i) that confirmation of the Plan be denied, (ii) that the Debtors be require to amend the Plan to conform to requirements of 11 U.S.C. § 511 and (iii) that the Court grant such other relief as in appropriate.

LAW OFFICES OF CAROL M. GALLOWAY, P.A.

/s/ Carol M. Galloway

Carol M. Galloway
Florida Bar I.D. No. 0547301
135 West Adams Street
Jacksonville, FL 32202
904-356-7005
904-356-7099 (fax)
Attorney for Flagler County Tax Collector

### CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2009, the foregoing pleading was furnished to the following via U.S. Mail, or electronic mail : Robert H. Zipperer, Esq. 224 S. Beach Street, Ste 202, Daytona Beach, FL 32114 and Laurie K. Weatherford, Chapter 13 Trustee, Orlando, FL.

/s/ Carol M. Galloway
Attorney